
2013PA01927 -P00055

## NO. 2013-PA-01927

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| A.D. AND I.W. | § | 407TH JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/27/2015 9:18:01 AM
KEITH E. HOTTLE
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Michaelin McNeill, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.     The trial court, cause number, and style of this case are as shown in the caption above.

2.     The judgment or order appealed from was signed on 11 May 2015.

3.     Michaelin McNeill desires to appeal from all portions of the judgment.

4.     This appeal is being taken to the 4th Court of Appeals.

5.     This is an accelerated appeal.

6.     Appellant is presumed indigent and may proceed without advance payment of costs.

Respectfully submitted,

LAW OFFICE OF DENNIS L. MORENO
7800 IH-10 West, Lincoln Center Ste. 710
SAN ANTONIO, TX 78230
Tel: (210) 979-9919
Fax: (210) 979-9501

By: _____
DENNIS L MORENO
State Bar No. 00795543
Attorney for Michaelin McNeill

10:33 **FILED** O'CLOCK A M

MAY 2 6 2015

DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
BY _____
DEPUTY

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Tx Dept of Family & Protective Svcs

Lead attorney: Stacey January

Address of service: 100 Dolorosa Street

San Antonio, Texas 78205

Method of service: by fax 224-9887/(512) 934-9650

Date of service: 12 May 2015


Party: Danny Wise

Lead attorney: Melissa Vara

Address of service: 1507 Fredericksburg Road

San Antonio, Texas 78201

Method of service: by fax 735-8727

Date of service: 12 May 2015


Party: the "Children"

Lead attorney: Sonia Sims

Address of service: 115 E. Travis #625

San Antonio, Texas 78205

Method of service: by fax (888) 583-9238

Date of service: 12 May 2015


DENNIS L MORENO
Attorney for Respondent